| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | RENDELL, MARJORIE O. | 05/13/96 |
| | | (rev. 8/14/96 |

## IX.  CERTIFICATION.

In compliance with the provisions of 28 U.S.C. 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this repo in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with th provisions of 5 U.S.C. app. 7, section 501 et. seq., 5 U.S.C. 7353 and Judicia Conference regulations.

Signature _____     Date  August 14, 1996

NOTE:    ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. APP. 6, SECTION 104).

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, D.C. 20544

Digitized by Google

**FINANCIAL DISCLOSURE REPORT**

NOMINATION

Report Required by the Ethics
Reform Act of 1989. Pub. L.
101-194, November 30, 198
(5 U.S.C. App. 6, 101-112)

| AO-10 Rev. 1/96 | |
|---|---|

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| RENDELL, MARJORIE O. | U.S.D.C. (E.D. Pa.) | 01/07/97 |

| 4. Title (Article III judges indicate active or senior status; Magistrate judges indicate full- or part-time) DISTRICT COURT JUDGE (ACTIVE) | 5. Report Type (check appropriate type) X Nomination, Date 01/07/97 ___ Initial ___ Annual ___ Final | 6. Reporting Period 01/01/96 - 12/18/96 |
|---|---|---|

| 7. Chambers or Office Address UNITED STATES DISTRICT COURT 601 MARKET STREET, ROOM 3114 PHILADELPHIA, PA 19106 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer _____ Date _____ |
|---|---|

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.

**I. POSITIONS.** (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|

☐ **NONE** (No reportable positions)

| Director and Vice-Chair | Avenue of the Arts, Inc. |
|---|---|
| Member, Board of Overseers | College of Arts&Sciences-Univ. of Pennsylvania |
| Trustee | Board of Trustees, University of Pennsylvania |

**II. AGREEMENTS.** (Reporting individual only; see pp. 14-17 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|

☐ **NONE** (No reportable agreements)

| none | |
|---|---|

**III. NON-INVESTMENT INCOME.** (Reporting individual and spouse; see pp. 18-25 of Instructions.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse) |
|---|---|---|

☐ **NONE** (No reportable non-investment income)

| 1996 | City of Philadelphia (spouse salary - amount n/a) | $ 0. |
|---|---|---|
| | | $ |
| | | $ |
| | | $ |
| | | $ |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>RENDELL, MARJORIE O. | Date of Report<br>01/07/97 |
|---|---|---|

## IV. REIMBURSEMENTS and GIFTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp. 26-29 of Instruction

| SOURCE | DESCRIPTION |
|---|---|

☐ NONE (No such reportable reimbursements or gifts)

1 EXEMPT

2

3

4

5

6

7

## V. OTHER GIFTS.

(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp. 30-33 of Instructions

| SOURCE | DESCRIPTION | VALI |
|---|---|---|

☐ NONE (No such reportable gifts)

| 1 EXEMPT | | $ 0 |
| 2 | | $ |
| 3 | | $ |
| 4 | | $ |

## VI. LIABILITIES.

(Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of the spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp. 34-36 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CO |
|---|---|---|

☐ NONE (No reportable liabilities)

| 1 United Savings Bank | 1/2 mortgage on vacation duplex | L |
| 2 | (one rental prop.; one personal use | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

* VALUE CODES: J = $15,000 or less    K = $15,001 - $50,000    L = $50,001 - $100,000    M = $100,001 to $250,000
N = $250,001 - $500,000    O = $500,001 - $1,000,000    P = More than $1,000,000

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | RENDELL, MARJORIE O. | 01/07/97 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 37-54 of Instructions.)

| A. Description of Assets (including trust assets) Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. I Code (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value2 Code (J-P) | (2) Value Method3 Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value2 Code (J-P) | (4) Gain2 Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1  Schwab Money Market Fund (IRA rollover) | B | Dividend | K | T | | | | | |
| 2  Vanguard F/I Short Term Corp. (IRA rollover) | C | Dividend | L | T | | | | | |
| 3  Brandywine (IRA rollover) | C | Dividend | L | T | | | | | |
| 4  Oakmark Fund (IRA rollover) | C | Dividend | K | T | | | | | |
| 5  Kauffman Fund (IRA rollover) | A | Dividend | K | T | | | | | |
| 6  Scudder Global Fund (IRA rollover) | A | Dividend | K | T | | | | | |
| 7  20th Century Int'l (IRA Rollover) | A | Dividend | K | T | | | | | |
| 8  Federated 3-5 yr. Govt. (IRA R/O) | B | Dividend | K | T | | | | | |
| 9  Cowen Opportunity (IRA R/O) | B | Dividend | K | T | | | | | |
| 10  Dodge & Cox stock (IRA R/O) | A | Dividend | L | T | | | | | |
| 11  Dreyfus S.I. Govt. (IRA R/O) | C | Dividend | L | T | | | | | |
| 12  FAM Value (IRA R/O) | A | Dividend | K | T | | | | | |
| 13  Janus Fund (IRA R/O) | A | Dividend | K | T | | | | | |
| 14  PA. Mutual (IRA R/O) | C | Dividend | K | T | | | | | |
| 15  MAS Equity (IRA R/O) | D | Dividend | K | T | | | | | |
| 16  SoGen International (IRA R/O) | A | Dividend | K | T | | | | | |
| 17  Schwab Money Mkt (IRA contrib) | A | Dividend | J | T | | | | | |
| 18  Kaufmann (IRA contrib) | A | Dividend | J | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1 & D4) | A=$1,000 or less E=$15,001 to $50,000 | B=$1,001 to $2,500 F=$50,001 to $100,000 | C=$2,501 to $5,000 G=$100,001 to $1,000,000 | D=$5,001 to $15,000 H=More than $1,000,000 |
|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1 & D3) | J=$15,000 or less N=$250,001 to $500,000 | K=$15,001 to $50,000 O=$500,001 to $1,000,000 | L=$50,001 to $100,000 P=More than $1,000,000 | M=$100,001 to $250,000 |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting: RENDELL, MARJORIE O. | Date of Report: 01/07/97 |
|---|---|---|

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 37-54 of Instructions.)

| A. Description of Assets (including trust assets) Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt.1 Code (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value2 Code (J-P) | (2) Value Method3 Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value2 Code (J-P) | (4) Gain1 Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 19 SoGen Int'l (IRA contrib) | A | Dividend | J | T | | | | | |
| 20 Schwab Money Market (IRA R/O) (S) | A | Dividend | J | T | | | | | |
| 21 SoGen Int'l (IRA R/O) (S) | A | Dividend | J | T | | | | | |
| 22 Schwab Money Market (IRA contrib) (S) | A | Dividend | J | T | | | | | |
| 23 William Blair Growth (IRA contrib) (S) | A | Dividend | K | T | | | | | |
| 24 AT&T (J) | A | Dividend | J | T | | | | | |
| 25 Abbott Laboratories (J) | A | Dividend | J | T | | | | | |
| 26 Allergan (J) | A | Dividend | K | T | | | | | |
| 27 Atlantic Energy (J) | A | Dividend | J | T | | | | | |
| 28 Atlantic Richfield (J) | B | Dividend | L | T | | | | | |
| 29 Beckman Instruments (J) | A | Dividend | J | T | | | | | |
| 30 Coca Cola (J) | A | Dividend | L | T | | | | | |
| 31 Diebold Inc. (J) | A | Dividend | J | T | | | | | |
| 32 Dresser Industries (J) | A | Dividend | J | T | | | | | |
| 33 DuPont E I DeNemour (J) | A | Dividend | L | T | | | | | |
| 34 Walt Disney Co. (J) | A | Dividend | J | T | | | | | |
| 35 Equitable Cos. Inc. (J) | A | Dividend | J | T | | | | | |
| 36 Federal Nat'l Mortgage Assoc. (J) | A | Dividend | K | T | | | | | |

1 Income/Gain Codes: (See Col. B1 & D4) A=$1,000 or less B=$1,001 to $2,500 C=$2,501 to $5,000 D=$5,001 to $15,000 E=$15,001 to $50,000 F=$50,001 to $100,000 G=$100,001 to $1,000,000 H=More than $1,000,000

2 Value Codes: (See Col. C1 & D3) J=$15,000 or less K=$15,001 to $50,000 L=$50,001 to $100,000 M=$100,001 to $250,000 N=$250,001 to $500,000 O=$500,001 to $1,000,000 P=More than $1,000,000

3 Value Method Codes: (See Col. C2) Q=Appraisal R=Cost (real estate only) S=Assessment T=Cash/Market U=Book Value V=Other W=Estimated

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting RENDELL, MARJORIE O. | Date of Report 01/07/97 |
|---|---|---|

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 37-54 of Instructions.)

| A. Description of Assets (including trust assets) Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt.1 Code (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value2 Code (J-P) | (2) Value Method3 Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure | | | | |
| | | | | | | (2) Date: Month-Day | (3) Value2 Code (J-P) | (4) Gain1 Code (A-H) | (5) Identity of buyer/seller (if private transaction) | |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | | |
| 37  Gannett (J) | A | Dividend | J | T | | | | | | |
| 38  General Electric (J) | A | Dividend | K | T | | | | | | |
| 39  Gillette Co. (J) | A | Dividend | K | T | | | | | | |
| 40  Household International (J) | A | Dividend | J | T | | | | | | |
| 41  Loews International (J) | A | Dividend | K | T | | | | | | |
| 42  Lucent Technologies (J) | A | Dividend | J | T | | | | | | |
| 43  McDonalds Corp. (J) | A | Dividend | K | T | | | | | | |
| 44  Mobil (J) | A | Dividend | K | T | | | | | | |
| 45  Motorola Inc. (J) | A | Dividend | J | T | | | | | | |
| 46  NL Industries (J) | A | Dividend | J | T | | | | | | |
| 47  Pepsico Inc. (J) | A | Dividend | J | T | | | | | | |
| 48  Public Service Enterprise Grp. (J) | A | Dividend | J | T | | | | | | |
| 49  SmithKline Beecham ADR (J) | A | Dividend | M | T | | | | | | |
| 50  Sprint Corporation (J) | A | Dividend | K | T | | | | | | |
| 51  360 Communications Co. (J) | A | Dividend | J | T | | | | | | |
| 52  Tremont Corp. (J) | A | Dividend | J | T | | | | | | |
| 53  Vulcan Materials (J) | A | Dividend | J | T | | | | | | |
| 54  Wal-Mart Stores, Inc. (J) | A | Dividend | J | T | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1 & D4) | A=$1,000 or less E=$15,001 to $50,000 | B=$1,001 to $2,500 F=$50,001 to $100,000 | C=$2,501 to $5,000 G=$100,001 to $1,000,000 | D=$5,001 to $15,000 R=More than $1,000,000 |
|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1 & D3) | J=$15,000 or less N=$250,001 to $500,000 | K=$15,001 to $50,000 O=$500,001 to $1,000,000 | L=$50,001 to $100,000 P=More than $1,000,000 | M=$100,001 to $250,000 |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market |

Digitized by Google

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **FINANCIAL DISCLOSURE REPORT** | **Name of Person Reporting** RENDELL, MARJORIE O. | | | | | **Date of Report** 01/07/97 | |

## VII. Page 4 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 37-54 of Instructions.)

| A. Description of Assets (including trust assets) Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt.1 Code (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value2 Code (J-P) | (2) Value Method3 Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | | |
| | | | | | | (2) Date: Month-Day | (3) Value2 Code (J-P) | (4) Gain1 Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 55 Wells Fargo & Co. (J) | A | Dividend | K | T | | | | | |
| 56 Xerox Corp. (J) | A | Dividend | K | T | | | | | |
| 57 US T-Note 5.625% 8/97 (J) | A | Interest | J | T | | | | | |
| 58 US T-Note 7.5% 12/98 (J) | A | Interest | K | T | | | | | |
| 59 Muni Inv Trust Series 14 (J) | A | Dividend | J | T | | | | | |
| 60 Muni Inv Trust Series 13 (J) | A | Dividend | J | T | | | | | |
| 61 Dreyfus Short/Interm Tax Exempt Bond Fund (J) | C | Dividend | L | T | | | | | |
| 62 Schwab Tax Exempt MM (J) | C | Dividend | M | T | | | | | |
| 63 Vanguard Muni Short Term Bond Fund (J) | B | Dividend | L | T | | | | | |
| 64 Allergan, Inc. (DC) | A | Dividend | J | T | | | | | |
| 65 Atlantic Energy (DC) | A | Dividend | J | T | | | | | |
| 66 Atlantic Richfield (DC) | A | Dividend | J | T | | | | | |
| 67 Beckman Instruments (DC) | A | Dividend | J | T | | | | | |
| 68 Dresser Industries (DC) | A | Dividend | J | T | | | | | |
| 69 DuPont (DC) | A | Dividend | J | T | | | | | |
| 70 Huffy Corp. (DC) | A | Dividend | J | T | | | | | |
| 71 Mobil (DC) | A | Dividend | J | T | | | | | |
| 72 NL Industries (DC) | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1 Income/Gain Codes: (See Col. B1 & D4) | A=$1,000 or less E=$15,001 to $50,000 | B=$1,001 to $2,500 F=$50,001 to $100,000 | C=$2,501 to $5,000 G=$100,001 to $1,000,000 | D=$5,001 to $15,000 H=More than $1,000,000 |
| 2 Value Codes: (See Col. C1 & D3) | J=$15,000 or less N=$250,001 to $500,000 | K=$15,001 to $50,000 O=$500,001 to $1,000,000 | L=$50,001 to $100,000 P=More than $1,000,000 | M=$100,001 to $250,000 |
| 3 Value Method Codes: (See Col. C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | RENDELL, MARJORIE O. | 01/07/97 |

## VII. Page 5 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 37-54 of Instructions.)

| A. Description of Assets (including trust assets) Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt.1 Code (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value2 Code (J-N) | (2) Value Method3 Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value2 Code (J-P) | (4) Gain1 Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | | |
| 73 SmithKline Beecham ADR (DC) | A | Dividend | K | T | | | | | |
| 74 Toys R Us (DC) | A | Dividend | J | T | | | | | |
| 75 Ctf Accrl Trsy Srs 0% 11/98 (DC) | A | Interest | J | T | | | | | |
| 76 Schwab Money markt FD (DC) | A | Dividend | K | T | | | | | |
| 77 | | | | | | | | | |
| 78 | | | | | | | | | |
| 79 | | | | | | | | | |
| 80 | | | | | | | | | |
| 81 | | | | | | | | | |
| 82 | | | | | | | | | |
| 83 | | | | | | | | | |
| 84 | | | | | | | | | |
| 85 | | | | | | | | | |
| 86 | | | | | | | | | |
| 87 | | | | | | | | | |
| 88 | | | | | | | | | |
| 89 | | | | | | | | | |
| 90 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1 & D4) | A=$1,000 or less E=$15,001 to $50,000 | B=$1,001 to $2,500 F=$50,001 to $100,000 | C=$2,501 to $5,000 G=$100,001 to $1,000,000 | D=$5,001 to $15,000 H=More than $1,000,000 |
|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1 & D3) | J=$15,000 or less N=$250,001 to $500,000 | K=$15,001 to $50,000 O=$500,001 to $1,000,000 | L=$50,001 to $100,000 P=More than $1,000,000 | M=$100,001 to $250,000 |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book Value | S=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market |

Digitized by Google